UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-14017-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DAVID LOUIS HUNTER,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court on Defendant's Pro Se Motion to Correct Clerical Error Pursuant to FED.R.CRIM.P.36. (DE 71).

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on January 27, 2014. A Report and Recommendation was filed on February 21, 2014, (D.E. 76), recommending that the Defendant's motion be **denied**. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation (D.E. 76) of United States Magistrate Judge Frank J. Lynch Jr, is hereby **AFFIRMED and ADOPTED**. The Defendant's Pro Se Motion to Correct Clerical Error Pursuant to FED. R. CRIM. P. 36. (DE 71) is **Denied**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of April, 2014.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record